UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

NIKKI NELSON,

        Plaintiff,

v.                                               Case No. 15-cv-60903-WPD

NAVIENT SOLUTIONS, INC.,
f/k/a SALLIE MAE, INC.,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Navient Solutions, Inc., f/k/a Sallie Mae, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully submitted,

                                                  /s/ Dayle M. Van Hoose
                                                  Dayle M. Van Hoose, Esq.
                                                  Florida Bar No. 0016277
                                                  Rachel A. Morris, Esq.
                                                  Florida Bar No. 0091498
                                                  Abigail S. Pressler, Esq.
                                                  Florida Bar No. 0098072
                                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                  3350 Buschwood Park Drive, Suite 195
                                                  Tampa, FL 33618

        Telephone:   (813) 890-2463
        Facsimile:   (866) 466-3140
        dvanhoose@sessions.legal
        rmorris@sessions.legal
        apressler@sessions.legal

Attorneys for Defendant,
Navient Solutions, Inc., f/k/a Sallie Mae, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of October 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amanda J. Allen, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

/s/ Dayle M. Van Hoose
Attorney

2