UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60903-CIV-DIMITROULEAS

NIKKI NELSON,

    Plaintiffs,

v.

NAVIENT SOLUTIONS, INC.,
f/k/a SALLIE MAE, INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice [DE 23] (the "Motion"), filed herein on November 4, 2015. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Motion [DE 23] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except provided in the parties' Settlement Agreement and Release of Liability; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 4th day of November 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record